IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE LATINO PEACE OFFICERS ASSOCIATION, A California Corporation, MARK MARTINEZ for himself and others similarly situated, | ) ) ) ) ) ) | 4:86CV525 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| HAL DAUB, Mayor of the City of Omaha; MICHELLE (sic) FROST, Personnel Director of the City of Omaha; DONALD L. CAREY, Chief of Police of the City of Omaha; and THE CITY OF OMAHA a Municipal Corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

      This matter is before the court on its own motion. The parties have filed a Joint Motion to Approve Second Amendment to Consent Decree (filing 82), together with the proposed Second Amendment to Consent Decree (filing 82-2). The proposed amendment recites that copies of the original Consent Decree dated January 3, 1989 and the First Amendment to Consent Decree dated July 19, 2001 are attached. They are not attached to the proposed Second Amendment to Consent Decree as filed, or in the copy of that document emailed to my chambers. I will order the parties to file copies of these two documents.

      Accordingly,

      IT IS ORDERED that:

1. The parties shall, on or before November 20, 2007, file with the court executed copies of the original Consent Decree dated January 3, 1989 and the First Amendment to Consent Decree dated July 19, 2001; and

2. In the absence of compliance with this order, the Joint Motion to Approve Second Amendment to Consent Decree (filing 82) will be denied without further notice to the parties.

November 13, 2007                BY THE COURT:

                                 *s/Richard G. Kopf*
                                 United States District Judge