IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE LATINO PEACE OFFICERS ASSOCIATION, A California Corporation, MARK MARTINEZ, for himself and others similarly situated, | ) ) ) ) ) | 4:86CV525 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | SECOND AMENDMENT TO CONSENT DECREE |
| HAL DAUB, Mayor of the City of Omaha; MICHELLE (sic) FROST, Personnel Director of the City of Omaha; DONALD L. CAREY, Chief of Police of the City of Omaha; and THE CITY OF OMAHA a Municipal Corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

   The parties herein have agreed to the following Second Amendment to Consent Decree in the above-entitled proceeding.  The original Consent Decree was entered on January 3, 1989, a copy of which is reproduced in filing 85.  The First Amendment to Consent Decree was entered on July 19, 2001, a copy of which is reproduced in filing 85.  Accordingly, the Consent Decree and First Amendment to Consent Decree previously entered in this case are hereby amended as follows:

   1.  Paragraph 7 of the First Amendment to Consent Decree is deleted and the following paragraph is substituted therein:

> It is the purpose and intent of this Decree to ensure that Hispanics are not disadvantaged by the hiring, promotion, assignment, and other employment policies and practices of the OPD and that practices and policies, if any, that may have had an adverse effect on Hispanics in the past are remedied so that equal employment opportunity be provided to all.  The goal of this Consent Decree is to ensure that the composition of the Omaha Police Division, at all ranks and levels, be reflective of the availability of Hispanics for sworn positions in the Omaha Police Division.
>
> A.  Subject to the availability of qualified applicants, the City of Omaha will hire sufficient numbers of Hispanic officers on to

      the OPD to result in an overall workforce consisting of 10% Hispanic officers within three (3) years of the entry of this Second Amended Decree, including 10% Hispanics at the entry-level police officer rank.

      B.      For promotional sworn positions in the OPD, the goal shall be to appoint Hispanics in no less than their proportion to all other officers who are qualified for the rank or position in question.  It is understood and agreed that the proportion and resultant ratios are based on employees who satisfy the qualifications for rank or position and not on employees who are on an eligibility list after taking a promotional examination.

      The hiring of promotional objectives set forth herein are goals rather than quotas.

So ordered this 14th day of November, 2007.

                                       BY THE COURT:
                                       s/ *Richard G. Kopf*
                                       United State District Judge

CONSENTED TO:

LATINO PEACE OFFICERS ASSOCIATION, a California Corporation, et al., Plaintiffs,

By___s/Raymond Aranza_____
    RAYMOND ARANZA, No. 18523
    SCHELDRUP BLADES SCHROCK
    SAND ARANZA P.C.
    222 S. 15th Street, Suite 302
    Omaha, NE  68102
    Telephone:  (866) 250-1781

CITY OF OMAHA, a Municipal Corporation, et al., Defendants,

By__s/Bernard J. in den Bosch_____
    PAUL D. KRATZ, No. 12318
    City Attorney
    BERNARD J. in den BOSCH, No. 20329
    Assistant City Attorney
    804 Omaha/Douglas Civic Center
    1819 Farnam Street
    Omaha, NE  68183
    Telephone:  (402) 444-5115
    bbosch@ci.omaha.ne.us